UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

EGLIS MANUEL REYES MEDINA,

        Petitioner,

                        Case No. 1:26-cv-123

v.

                        Honorable Robert J. Jonker

KEVIN RAYCRAFT et al.,

        Respondents.

_____/

## ORDER

Petitioner, a United States Immigration and Customs Enforcement (ICE) detainee currently detained at the North Lake Processing Center located in Baldwin, Lake County, Michigan, initiated this action by filing a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Pet., ECF No. 1.) Recently, counsel for Petitioner filed a motion, titled: "motion to order immediate release based on violation of 8 U.S.C. § 1254a(d)(4)." (Mot., ECF No. 6.) In the motion, counsel for Petitioner seeks Petitioner's immediate release, referencing two attached exhibits that support his request; however, no exhibits were submitted with the motion. (*See id.*)

Accordingly,

**IT IS ORDERED** that Petitioner shall file the two exhibits referenced in the "motion to order immediate release based on violation of 8 U.S.C. § 1254a(d)(4)," (ECF No. 6), within three

days. If Respondents wish to file a response to the motion, Respondents shall do so within three days of the filing of the referenced exhibits. No further briefing will be permitted.

Dated:   February 9, 2026              /s/ Robert J. Jonker
                                                                                           Robert J. Jonker
                                                                                           United States District Judge